No. 90–5869.  FERRIER v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY.  C. A. 7th Cir.  Certiorari denied.

No. 90–5870.  RINGGOLD v. SHELL CHEMICAL CO., GEISMAR, LOUISIANA, A DIVISION OF SHELL OIL CO., INC.  C. A. 5th Cir.  Certiorari denied.

No. 90–5871.  DE JONG v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 90–5874.  BOYD v. PUCKETT, SUPERINTENDENT, MISSIS-SIPPI STATE PENITENTIARY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–5876.  DAVIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–5877.  THOMPSON v. COLLINS, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 90–5880.  GANEY v. JOHNSON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–5885.  SINDRAM v. MORAN ET AL.  Ct. App. D. C.  Certiorari denied.

No. 90–5888.  SULIE v. DUCKWORTH, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 90–5890.  AMEN-RA, AKA TASBY v. ADAMS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–5892.  ANDERSON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 90–5899.  HOWELL v. CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Los Angeles.  Certiorari denied.

No. 90–5901.  BULLOCK v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–5908.  MORENO v. CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Los Angeles.  Certiorari denied.